In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00180-CV
_____

**RACHAEL KIAMAR, Appellant**

**V.**

**THE MEDICAL CENTER OF SOUTHEAST TEXAS, L.P., Appellee**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-188,972**

**MEMORANDUM OPINION**

On June 2, 2014, we notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. On June 10, 2014, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. Appellant did not respond to the Court's notices.

1

Appellant did not file an affidavit of indigence on appeal and has not shown that she is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to pay the filing fee for the appeal, and there being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on September 3, 2014
Opinion Delivered September 4, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.

2